UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JEFFERY JEROME FLAMER,** : | |
| Plaintiff, : | |
| : | |
| v. : | No. 24-cv-6666 |
| : | |
| **G. BRADLEY,** *et al.*, : | |
| Defendants. : | |

## O R D E R

**AND NOW**, this 23rd day of December, 2024, upon consideration of Plaintiff Jeffery Jerome Flamer's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

4. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**